992 A.2d 845

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mark Brooks CLEGG, Petitioner.**

Supreme Court of Pennsylvania.

April 8, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of April 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity is:

Whether attempted burglary is one of the offenses for which a prior conviction qualifies a person, who owns, operates, or

possesses a firearm, for prosecution under 18 Pa.C.S. § 6105 (former convict not to possess a firearm)?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.